**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1322**

In Re:  JANISE ROSE SWEATMON,

                                                    Debtor.

------------------------------

JANISE ROSE SWEATMON,

                                    Debtor - Appellant,

            versus

OCWEN FEDERAL BANK, FSB,

                                    Defendant - Appellee,

            and

NANCY L. SPENCER-GRIGSBY,

                                                    Trustee.

**No. 05-1323**

In Re:  JANISE ROSE SWEATMON,

                                                    Debtor.

------------------------------

JANISE ROSE SWEATMON,

                                    Debtor - Appellant,

            versus

WELLS FARGO BANK, NA,

                                    Defendant - Appellee,

        and

NANCY L. SPENCER-GRIGSBY,

                                    Trustee.

_____

Appeals from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-05-264-PJM; CA-05-265-PJM; BK-04-24686)

_____

Submitted:  August 31, 2005        Decided:  September 20, 2005

_____

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Janise Rose Sweatmon, Appellant Pro Se.  Bradford Scott Bernstein, MILES & STOCKBRIDGE, Rockville, Maryland; Lisa-Gail Kingsley Jenkins, HUESMAN, JONES & MILES, LLC, Hunt Valley, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Janise Rose Sweatmon appeals the district court's order affirming the bankruptcy court's orders: (1) denying her request for a continuance; (2) lifting the automatic stay and allowing a foreclosure to proceed; and (3) dismissing her bankruptcy petition with prejudice. Our review of the record and the opinions below discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See In re Sweatmon, Nos. CA-05-264-PJM; CA-05-265-PJM; BK-04-24686 (D. Md. filed Mar. 17, 2005 & entered Mar. 18, 2005). We grant Sweatmon's motion to proceed in forma pauperis, deny her motion for appointment of counsel, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED